UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Oriel L. Kerr | § § | |
| vs. | § § | NO:   AU:20-CV-00826-RP |
| Hunter Warfield Inc. | § | |

**ORDER RESETTING**

The Court hereby resets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on February 23, 2021 at 09:00 AM. Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to opposing counsel and to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

**SIGNED** on 16th day of February, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE